**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| Terry Dietz, et al | Civil Action 04-1029 |
| versus | Judge Tucker L. Melançon |
| Kenneth Goss, et al | Magistrate Judge Methvin |

**ORDER**

Considering the foregoing Writ of Habeas Corpus Ad Testifandum, it is

ORDERED that JIMMY FRANCIS, DOC# 298922, be transferred from the Avoyelles Parish Jail to the Lafayette Parish Correctional Center to arrive on September 16, 2007, and so remain, in order for him to participate and attend trial presently scheduled for September 17, 2007, at 9:30 a.m., at the Federal Court House Building, 800 Lafayette Street, Court Room 3, Lafayette, Louisiana.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 28th day of August, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE