UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

PRESENT: HON. TUCKER L. MELANÇON, JUDGE, Presiding         Date:  September 17, 2007
        LaRae Bourque           , Court Reporter
        Paula S. Jordan         , Minute Clerk
COURT OPENED: 9:30 A.M.      COURT ADJOURNED: 3:35 P.M.    TIME IN COURT: 3/35
_____

MINUTES OF COURT
_____

CASE NO.   LEAD 04cv1029               JUDGE: MELANÇON      MAGISTRATE JUDGE METHVIN

         Terry Dietz,et al        VS.      Kenneth Goss, et al

                       APPEARANCES
        David Benoit       FOR   Dietz,et al
        Homer Barousse,Jr.    FOR   Goss, et al
                      FOR
                      FOR
                      FOR
                      FOR

_____
CASE CALLED FOR              FILINGS:
___ Hearing on motions
___ Jury selection only
_X_ Trial without jury 1st day
___ Other

_____
_____
PROCEEDINGS:
___    Witnesses sequestered     _____
___    Opening statement - plaintiff
___    Opening statement - defendant
___    Testimony & evidence for pltf., not concluded
___    Testimony & evidence for deft., not concluded
___    Rebuttal testimony & evidence, not concluded
___    Evidence closed
___    Evidence left open for_____
___    Case argued
___    Jury instructed
___    Alternate juror(s) excused
___    Jury deliberations began at * .M.
___    Jury verdict returned at *.M.
___    Jury polled
___    Case ruled on by the Court - See below
___    Case taken under advisement
___    Briefing times - See below
___    Mistrial declared

_____
_____
VERDICT, RULING, COMMENTS:

ORDERED that this action is ADMINISTRATIVELY TERMINATED, reserving the right of the parties to reopen this matter within seventy-five days of this date.