RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 09/17/07

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Terry Dietz, et al | Civil Action No. 04-1029 ( Lead) |
| | 04-1644 (Member) |
| | 04-2084 (Member) |
| versus | Judge Tucker L. Melançon |
| Kennth Goss , et al | Magistrate Judge Methvin |

### JUDGMENT

After conferring with the attorneys for the parties, it is

ORDERED that this action is ADMINISTRATIVELY TERMINATED, reserving the right of the parties to reopen this matter within seventy-five (75) days of this date.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 17th day of September, 2007.

_____
Tucker L. Melançon
United States District Judge